**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF GEORGIA**

Case number *(if known)* _____  Chapter 15

☐ Check if this an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | Debtor's name | **Robin Hood Digital USA, LLC** |
| 2. | Debtor's unique identifier | **For non-individual debtors:**<br>☑ Federal Employer Identification Number **87-2224302**<br>☐ Other ____. Describe identifier ____.<br>**For individual debtors**<br>☐ Social Security Number: ____<br>☐ Individual Taxpayer Identification Number (ITIN): ____<br>☐ Other ____. Describe identifier ____. |
| 3. | Name of foreign representative(s) | **BRON Media Corp.** |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | No. S-235084<br>Vancouver Registry<br><br>**IN THE SUPREME COURT OF BRITISH COLUMBIA**<br><br>IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,<br>R.S.C. 1985, C. C-36, AS AMENDED<br><br>AND<br><br>IN THE MATTER OF THE *BUSINESS CORPORATIONS ACT*,<br>S.B.C. 2002, c. 57, AS AMENDED AND THE BUSINESS CORPORATIONS ACT, R.S.O. 1990, C. B.16, AS AMENDED<br><br>AND<br><br>AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF BRON MEDIA CORP., ET AL |
| 5. | Nature of the foreign proceeding | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____ |

| | | |
|---|---|---|
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending).<br>☑ Yes |

| | | |
|---|---|---|
| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

| | | | |
|---|---|---|---|
| 9. | **Addresses** | **Country where the debtor has the center of its main interests:** | **Debtor's registered office:** |
| | | Canada | 1700-Park Place, 666 Burrard Street, Vancouver, British Columbia |
| | | | P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code |
| | | | Canada |
| | | | Country |
| | | **Individual debtor's habitual residence:** | **Address of foreign representative(s):** |
| | | | 1700-Park Place, 666 Burrard Street, Vancouver, British Columbia |
| | | P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code | P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code |
| | | | Canada |
| | | Country | Country |

| | | |
|---|---|---|
| 10. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 11. | **Type of debtor** | *Check one:* |
| | | ☑ Non-individual (*check one*): |
| | |     ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1. |
| | |     ☐ Partnership |
| | |     ☐ Other. Specify: _____ |
| | | ☐ Individual |

| | | |
|---|---|---|
| Official Form 401 | Chapter 15 Petition for Recognition of a Foreign Proceeding | page 3 |

| 12. | Why is the venue proper in *this district*? | Check one: |
|---|---|---|
| | | ☑ Debtor's principal place of business or principal assets in the United States are in this district. |
| | | ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district. |
| | | \_\_\_\_\_ |
| | | ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: |
| | | \_\_\_\_\_ |

**13. Signature of foreign representative(s)**

I request relief in accordance with the chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct,

**X** /s/ Aaron L. Gilbert                                             BRON Media Corp. by Aaron L. Gilbert
Signature of foreign representative                          Printed name

Executed on   **July 19, 2023**
              MM / DD / YYYY

**X** _____                              _____
Signature of foreign representative                          Printed name

Executed on   _____
              MM / DD / YYYY

**14. Signature of attorney**

**X** /s/ Cameron M. McCord                                    Date  **July 19, 2023**
Signature of Attorney for foreign representative                    MM / DD / YYYY

**Cameron M. McCord 143065**
Printed name

**Jones & Walden, LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

**404-564-9300**                                                **info@joneswalden.com**
Contact phone                                                   Email address

**143065 GA**
Bar number and State

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Robin Hood Digital USA, LLC**
Debtor(s)

Case No.
Chapter   **15**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Robin Hood Digital USA, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BRON Digital USA, LLC**

☐ None [*Check if applicable*]

**July 19, 2023**
Date

**/s/ Cameron M. McCord**
**Cameron M. McCord 143065**
Signature of Attorney or Litigant
Counsel for   **Robin Hood Digital USA, LLC**
**Jones & Walden, LLC**
**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
**404-564-9300 Fax:404-564-9301**
**info@joneswalden.com**

**Affiliated Bankruptcy Case:**

| Debtor | Case No. |
|---|---|
| BRON Media Holdings USA Corp. | 23-56798 |